ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Jan-12  10:14:34
60CV-22-8834
C06D04 : 21 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## FOURTH DIVISION

**ARTG ENVIRONMENTAL, LLC**                                   **PLAINITFF**

V.                              **CASE NO. 60CV-22-8834**

**ISCO TRANSPORT, INC.**                                   **DEFENDANT**
### AMENDED COMPLAINT

Comes ARTG Environmental, LLC ("ARTG") by and through its attorneys James, House, Swann, & Downing, P.A., and for its Complaint states:

I.    Introduction

1.    On December 28, 2022 Plaintiff, ARTG Environmental Group, LLC, filed a Complaint against Defendant ISCO Transport, Inc ("ISCO").

2.    However, the Complaint should have been filed on behalf of "ARTG ENVIRONMENTAL, LLC" and not ARTG ENVIRONMENTAL GROUP, LLC.

3.    Also, the address for the Defendant in this matter as alleged in the original Complaint also needed to be correct.

4.    As a result, pursuant to Ark. R. Civ. P. 15, Plaintiff hereby amends its Complaint to correct the typographical error in its Complaint and to correct the address of the Defendant, all other allegations herein are substantially the same as Plaintiff's original Complaint.

II.    The Parties, Jurisdiction, and Venue

5.    This is an action by Plaintiff to recover the costs and expenses associated with a wreck caused by a driver working for ISCO.

6.    ARTG is an Arkansas limited liability company with its principal place of business in Pulaski County, Arkansas.

1

7.      Defendant, ISCO is a California corporation with its principal place of business located at 7260 Apperson, Suite 206, Tujunga, California 91042.

8.      ISCO is not registered to do business in the State of Arkansas. ISCO's actions in this case are sufficient to give rise to a cause of action against ISCO and as a result service upon them can be made by serving the Arkansas Secretary of State. Ark. Code Ann. § 16-58-120(b)(1).

9.      As this matter relates to facts which took place in Arkansas this court has personal jurisdiction over the parties and the subject matter.

10.     This matter relates to an oral agreement/actions between Plaintiff ARTG and Defendant, ISCO per A.C.A. § 16-60-101(a) (2)(B), venue is proper.

III.     Factual Discussion

11.     On November 18, 2021, a 2014 Freightliner, owned by ISCO was traveling west on Interstate I-40, near mile marker 170 and Carlisle, Arkansas.

12.     The driver of the Freightliner reached down to grab his coffee and then realized that the Freightliner had partially run off the road. As a result, the driver overcorrected to the left side of the highway.

13.     As result of the overcorrection, the Freightliner rolled over blocking all lanes of traffic. See Exhibit 1, Police Report.

14.     The Freightliner was hauling approximately 3,000 gallons of food flavoring extracts. See Exhibit 2, Environmental Remediation Report from Environmental Services Group, Inc.

15.     Representatives from ARTG were called to the site on November 18, 2021 at approximately 1:00 P.M. and immediately placed absorbent boom around the area of liquid spillage to prevent contaminants from migrating further prior to the area being remediated.

2

16.    Responding to the truck wreck in a timely manner, ARTG was able to mitigate the environmental damage by blocking the contaminated area to minimize migration and removing 3,000 gallons of flavor extract liquids spilled along I-40. In addition, 200 cubic yards of contaminated soils were excavated over a 20 foot by 310 foot area and transported to an approved landfill. These soils were replaced with clean soils, groomed to original slope and re-seeded with grass seed. These tactics have left the site virtually free of the contamination caused by the truck wreck and the site has been returned to near pre-incident conditions.

17.    The total cost of remediation performed by ARTG was $155,173.50. Attached as Exhibit 3 is an itemized invoice for all work performed by ARTG.

18.    According to A.C.A. § 8-4-217(1) and Arkansas Pollution and Ecology Commission Reg. §§263.20 and 263.31, ISCO was responsible for the clean up of the spillage of the food flavoring extracts.

19.    Plaintiff ARTG has made repeated demand for payment for amounts noted by Exhibit 3 but Defendant has refused to pay the $155,173.50.

20.    ISCO has not denied responsibility for the payment of the clean-up at the accident site.

**COUNT I**
**UNJUST ENRICHMENT IMPLIED CONTRACT**

21.    Plaintiff ARTG realleges and repleads each and every allegation contained in paragraphs 1-15 hereof.

22.    Plaintiff provided services for Defendant who received the benefit of such services.

23.    The circumstances of such were that it was reasonable for Plaintiff to expect to be paid the value of such services.

24.     Defendant was either aware that such services were being provided or should have been aware that such services were being provided by Plaintiff.

25.     Stated differently, Plaintiff's actions resulted, at no cost to Defendant, the environmental clean-up resulting from Defendant's truck accident on December 28, 2021, all of which benefited Defendant ISCO which was not required to expend any funds to remediate. This benefit is wrongful because Defendant ISCO's truck created environmental damage which was Defendant ISCO's duty to remediate.     As a result, it would be unjust for Defendant ISCO to receive such a benefit, at no cost to Defendant ISCO, of Plaintiff, ARTG's services without compensation to Plaintiff ARTG.     Plaintiff engaged third parties, its agents and employees and equipment to clean-up the environment harm resulting from Defendant ISCO's truck's accident. The value of the benefit to ISCO is in the amount of $155,173.50.

21.     Plaintiff ARTG demands a jury trial.

Wherefore Plaintiff respectfully prays that it have judgment against Defendant ISCO in the amount of $155,173.50 plus pre-judgment interest, attorney's fees, costs and all other just and equitable relief.

Respectfully submitted,

/s/*Zachary D. Wilson, Jr.*
Richard C. Downing, Bar No. 74038
Zachary D. Wilson, Jr. ABN2017154
James, House, Swann & Downing, P.A.
Attorneys for Plaintiff
P. O. Box 3585
Little Rock, AR 72203-3585
(501) 372-6555 – Telephone
rcdowning@jamesandhouse.com
zwilson@jamesandhouse.com

4

Drivers Last Names |PECK

Juvenile Involved ☐ Yes ☑ No

Page 1 of

# ARKANSAS MOTOR VEHICLE CRASH REPORT
Rev. 2019-1

Severity ☐ Fatality ☐ Injury ☑

| # of Motor Vehicles *Automobiles Motorcycles, etc* | 1 | | | Crash Report # | 431121481 |
|---|---|---|---|---|---|
| # of Non-Motorists *Pedestrians, Bicyclists, etc* | 0 | Investigating Agency | STATE POLICE TROOP A | 170W | |

| Investigating Officer | TRP | Martin | Cody | | 236 | | Signature |
|---|---|---|---|---|---|---|---|
| | Rank | Last | First | Middle | Suffix | Badge # | |

## CRASH DATE AND TIME

| Date of Crash (MM/DD/YYYY) | Time of Crash (HH:MM AM/PM) | Date Police Notified | Time Police Notified | Date Police Arrived | Time Police Arrived |
|---|---|---|---|---|---|
| 11/18/2021 | 05:26 PM | 11/18/2021 | 05:27 PM | 11/18/2021 | 05:50 PM |

## CRASH LOCATION

| County | City | Latitude | Longitude |
|---|---|---|---|
| Lonoke | Rural Lonoke | 34.803196° N | 91.967777° W |

| Road/Street/Highway | Section | Log Mile | At Intersection With |
|---|---|---|---|
| INTERSTATE 40 HWY (40) | 41 | 114.466 | |

Not in City, but _____ of the City Limits of _____
*Distance (feet or miles to two decimal places)    Direction (N/S/E/W)    City*

Not at Intersection, but _____ of _____
*Distance (feet or miles to two decimal places)    Direction (N/S/E/W)    Reference point*

## CRASH FACTORS AND CONDITIONS

| First Harmful Event | 100 | Location of First Harmful Event | 100 | School Bus Related | 000 | Roadway Surface Condition | 100 | Weather Conditions *Check all that apply* |
|---|---|---|---|---|---|---|---|---|

**Non-Collision**
100 Overturn/rollover
101 Fire/explosion
102 Immersion, full or partial
103 Jackknife
104 Cargo/equipment loss or shift
113 Fell/jumped from motor vehicle
115 Object thrown or fallen on or near motor vehicle
198 Other non-collision

**Collision with Non-Fixed Object**
200 Pedestrian
201 Pedalcycle
202 Other non-motorist
203 Railway vehicle (train, engine)
204 Animal (live)
205 Motor vehicle in transport
206 Parked motor vehicle
207 Falling/shifting cargo or anything set in motion by motor vehicle
208 Work zone/maintenance equipment
298 Other non-fixed object

**Collision with Fixed Object**
300 Impact attenuator/crash cushion
301 Bridge overhead structure
302 Bridge pier or support
303 Bridge rail
304 Cable barrier
305 Culvert
306 Curb
307 Ditch
308 Embankment
309 Guardrail face
310 Guardrail end
311 Concrete traffic barrier
312 Other traffic barrier
313 Tree (standing)
314 Utility pole/light support
315 Traffic sign support
316 Traffic signal support
317 Other post, pole, or support
318 Fence
319 Mailbox
320 Building
398 Other fixed object
999 Unknown
*If 198, 298, or 398, describe*

**Location of First Harmful Event**
100 On roadway
101 Shoulder
102 Median
103 Roadside
104 Gore
105 Separator
106 In parking lane or zone
107 Off roadway, location unknown
108 Outside right-of-way (trafficway)
999 Unknown

**Type of Collision** | 100
100 Single vehicle crash
200 Front to rear
201 Front to front
202 Angle
203 Sideswipe, same direction
204 Sideswipe, opposite direction
205 Rear to side
206 Rear to rear
980 Other (describe below)

**Relation to Junction** | 000
000 Non-junction
100 Intersection
101 Intersection related
102 Entrance or exit ramp
103 Entrance or exit ramp related
104 Railway grade crossing
105 Crossover related
106 Driveway access
107 Driveway access related
108 Shared-use path or trail
109 Acceleration or deceleration lane
110 Through roadway
198 Other location within an interchange area (median, shoulder, and roadside)
999 Unknown

**School Bus Related**
000 No, school bus not involved
100 Yes, school bus directly involved
101 Yes, school bus indirectly involved

**Type of Intersection** | 000
000 Not an intersection
100 Four-way intersection
101 T-intersection
102 Y-intersection
103 L-intersection
104 Traffic circle
105 Roundabout
106 Five-point or more
999 Unknown

**Road System** | 100
100 Interstate
101 US highway
102 State highway
103 County road
104 City street
105 Frontage road
106 Ramp
999 Unknown

**Property Classification** | 100
100 Public property
101 Private property

**Trafficway Classification** | 100
100 Trafficway, on road
101 Trafficway, not on road
102 Non-trafficway (describe below)

**Roadway Surface Condition**
100 Dry
101 Wet
102 Snow
103 Slush
104 Ice or frost
105 Water (standing or moving)
106 Sand
107 Mud, dirt, or gravel
108 Oil
198 Other
999 Unknown

**Light Condition** | 104
100 Daylight
101 Dawn
102 Dusk
103 Dark - lighted
104 Dark - not lighted
105 Dark - unknown lighting
198 Other
999 Unknown

**Environmental Factors** *Check all that apply*
☑ 000 None
☐ 100 Weather conditions
☐ 101 Visual obstructions
☐ 102 Glare
☐ 103 Animals in roadway
☐ 198 Other
☐ 999 Unknown

**Weather Conditions** *Check all that apply*
☑ 100 Clear
☐ 101 Cloudy      ☐ 108 Freezing rain or freezing drizzle
☐ 102 Fog
☐ 103 Smog        ☐ 109 Snow
☐ 104 Smoke       ☐ 110 Blowing snow
☐ 105 Rain        ☐ 111 Severe crosswinds
☐ 106 Sleet       ☐ 112 Blowing sand, soil or dirt
☐ 107 Hail
☐ 198 Other
☐ 999 Unknown

**Roadway Conditions** *Check all that apply*
☑ 000 None
☐ 100 Backup due to prior crash
☐ 101 Backup due to prior non-recurring incident
☐ 102 Backup due to regular congestion
☐ 103 Toll booth / plaza related
☐ 104 Road surface condition (wet, icy, snow, slush, etc.)
☐ 105 Debris
☐ 106 Ruts, holes, or bumps
☐ 107 Work zone
☐ 108 Worn, travel-polished surface
☐ 109 Obstruction in roadway
☐ 110 Traffic control device inoperative, missing, or obscured
☐ 111 Shoulders (none, low, soft, high)
☐ 112 Non-highway work
☐ 198 Other
☐ 999 Unknown

## WORK ZONE CRASH INFORMATION

| Work Zone | 000 | Location Relative to Work Zone | 970 | Work Zone Type | 970 | Worker(s) Present | 970 | Law Enforcement Present | 970 |
|---|---|---|---|---|---|---|---|---|---|

**Work Zone**
000 No
100 Yes
999 Unknown

**Location Relative to Work Zone**
100 Before the first work zone warning sign
101 Advance warning area
102 Transition area
103 Activity area
104 Termination area
970 Not applicable
999 Unknown

**Work Zone Type**
100 Lane closure
101 Lane shift or crossover
102 Work on shoulder or median
103 Intermittent or moving work
198 Other
970 Not applicable
999 Unknown

**Worker(s) Present**
000 No
100 Yes
970 Not applicable
999 Unknown

**Law Enforcement Present**
000 No law enforcement presence
100 Officer present
101 Law enforcement vehicle only present
970 Not applicable
999 Unknown

CRASH REPORT - CRASH SUMMARY

EXHIBIT 1

| Crash Report # | 431121481 | Page 2 of 8 |
| --- | --- | --- |

## ATTACHMENTS

| Photos Taken | Type | Description |
| --- | --- | --- |
| ☐ Yes | Driver statement | Statement from Driver 1 |
| ☑ No | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## NON-VEHICULAR PROPERTY DAMAGE

| Description of Property Damage | Damage Estimate | Owner Contacted | Name | Address Street City State Postal Code |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## WITNESSES' CONTACT INFORMATION

| Last Name | First Name | Middle Name | Suffix | Address | City | State | Postal Code |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CRASH REPORT - ATTACHMENTS / PROPERTY DAMAGE / WITNESSES

EXHIBIT 1

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## VEHICLE INFORMATION

Page 3 of [ ]

Crash Report # 431121481

| Motor Vehicle # | 1 |
|---|---|

## DESCRIPTION AND IDENTIFICATION

**Check if this vehicle had no driver** [ ]

**Hit and Run** | 000
- 000 No, did not leave the scene
- 001 No, vehicle & driver left the scene
- 002 No, only driver left the scene
- 100 Yes, vehicle & driver left the scene
- 101 Yes, only driver left the scene

**VIN** 3AKJGLD57ESFK2976

**Vehicle Year, Make, and Model**

| 2014 | Freightliner | Unknown |
|---|---|---|
| Year | Make | Model |

**License Plate**

| CA | YP33684 | 2022 | [ ] Missing |
|---|---|---|---|
| State | Number | Year | [ ] Unknown (fill in all known details) |

**Trailer #1 License Plate**

| IN | P425335 | [ ] Missing |
|---|---|---|
| State | Number | [ ] Unknown (fill in all known details) |

**Trailer #2 License Plate**

| | | [ ] Missing |
|---|---|---|
| State | Number | [ ] Unknown (fill in all known details) |

**Owner Name** [ ] Same as driver [ ] Unknown
ISCO TRANSPORT INC

**Owner Address** [ ] Same as driver [ ] Unknown

| 7260 APPERSON ST 206 | TUJUNGA | CA | 91042 |
|---|---|---|---|
| Street | City | State | Postal Code |

**Motor Carrier Type** | 100
- 000 Personal transportation
- 100 Interstate carrier
- 101 Intrastate carrier
- 102 Not in commerce - government
- 103 Not in commerce - other truck
- 999 Unknown

**Motor Carrier ID Numbers**
- USDOT # 2641740
- MC/MX # 920719
- State # ___ State ___

**Motor Carrier Name** [ ] Unknown
ISCO TRANSPORT INC

**Motor Carrier Address** [ ] Unknown

| 7260 APPERSON ST 206 | TUJUNGA | CA | 91042 |
|---|---|---|---|
| Street | City | State | Postal Code |

**Cargo Body Type** | 101
- 000 No cargo body
- 100 Bus
- 101 Van / enclosed box
- 102 Grain / chips / gravel
- 103 Pole trailer
- 104 Cargo tank
- 105 Log
- 106 Intermodal container chassis
- 107 Vehicle towing another vehicle
- 108 Flatbed
- 109 Dump
- 110 Concrete mixer
- 111 Auto transporter
- 112 Garbage / refuse
- 198 Other
- 999 Unknown

**Vehicle Body Type** | 2

*Passenger Vehicles*
- 100 2-door
- 101 4-door
- 102 Hatchback
- 103 Convertible
- 104 Station wagon
- 105 Pick-up
- 106 Mini-van
- 107 Passenger van (seats any number if personal, up to 8 if busine
- 108 Cargo van (10,000 lbs or less)
- 109 Sport utility vehicle
- 110 Large utility vehicle
- 111 Motor home/recreational vehicle
- 198 Other passenger vehicle

*Truck (> 10,000 lbs)*
- 200 Single unit truck (2 axles)
- 201 Single unit truck (3 or more axles)
- 202 Single unit truck with trailer
- 203 Truck tractor only (bobtail)
- 204 Tractor/semi-trailer
- 205 Tractor/doubles
- 206 Construction/maintenance equipment
- 207 Farm equipment
- 298 Other heavy vehicle (GVWR/GCWR > 10,000 lbs)

*Bus / Van / Limo (9 or more seats, including driver)*
- 300 School bus
- 301 Transit/city bus
- 302 Motor coach/intercity/cross-country bus
- 303 Limousine
- 304 Van (seats 9-15, including driver)
- 390 Other vehicle (seats 9-15, including driver)
- 391 Other vehicle (seats 16 or more, including driver)

*Cycle / Low Speed*
- 400 Motorcycle
- 401 Motor scooter
- 402 Moped
- 403 ATV (3, 4, or 6 wheels)
- 404 Snowmobile
- 405 Golf cart
- 406 Low speed vehicle
- 498 Other motorized cycle/low speed vehicle

*Unknown*
- 999 Unknown type of motor vehicle
- *If 198, 298, 390, 391, or 498, describe below*

| **GVWR/GCWR** | 102 |
|---|---|
| 100 10,000 lbs or less | |
| 101 10,001 - 26,000 lbs | |
| 102 More than 26,000 lbs | |
| 970 Not applicable | |

**Hazardous Materials Placard** | 000
- 000 Placard not required
- 100 Placard displayed
- 200 Placard required but not displayed
- 999 Unknown

**Hazardous Material ID**
*(4-digit # or name from middle of diamond or rectangular box)*

**Hazardous Material Class**
*(1-digit # from bottom of diamond)*

**Hazardous Materials Released from Vehicle Cargo Compartment** | 970
- 000 No, hazardous materials not required
- 100 Yes, hazardous materials released
- 970 Not applicable (not carrying hazardous material

## INSURANCE

**Insurance**
- [ ] Uninsured at time of crash
- [✓] Unknown (fill in any known details)

**Insurance Company**
AMIS

**NAIC #**

**Policy #**
GWP733500

## DAMAGE

**Damage Severity** | 102
- 000 No damage
- 100 Minor damage
- 101 Functional damage
- 102 Disabling damage
- 999 Unknown

**Damage Estimate**
$30,000

**Damage Prior to the Crash**
- [✓] No prior damage
- [ ] Yes (describe below)

**Initial Contact Point (check 1)**

|   | 7 | 8 | 9 | 10 | 11 |   |
|---|---|---|---|---|---|---|
| 6 | [ ] | [ ] | [ ] | [ ] | [ ] | 12 |
|   | [ ] | [ ] | [ ] | [ ] | [ ] |   |
|   | 5 | 4 | 3 | 2 | 1 |   |

- [ ] 000 Non-collision
- [ ] 100 Cargo loss
- [ ] 113 Top
- [ ] 114 Undercarriage
- [ ] 999 Unknown

**Damaged Areas (check all that apply)**

|   | 7 | 8 | 9 | 10 | 11 |   |
|---|---|---|---|---|---|---|
| 6 | [✓] | [✓] | [✓] | [✓] | [✓] | 12 |
|   | [✓] | [✓] | [✓] | [✓] | [✓] |   |
|   | 5 | 4 | 3 | 2 | 1 |   |

- [ ] 097 No damage
- [ ] 113 Top
- [ ] 114 Undercarriage
- [ ] 999 Unknown

## TOWING

**Towed** | 101
- 000 Not towed
- 100 Towed, but not due to disabling damage
- 101 Towed due to disabling damage

**Towed By**
JHook Towing Lonoke

**Towed To**

| 865 Frontage Rd | Lonoke | AR | 72086 |
|---|---|---|---|
| Street | City | State | Postal Code |

CRASH REPORT - MOTOR VEHICLE DESCRIPTION AND IDENTIFICATIO

EXHIBIT 1

| Motor Vehicle # | **ARKANSAS MOTOR VEHICLE CRASH REPORT** | Page: 4 of 8 |
|---|---|---|
| 1 | **VEHICLE INFORMATION** | Crash Report # 431121481 |

## MOTOR VEHICLE CIRCUMSTANCES

| Vehicle Usage | 000 | Emergency Vehicle Usage | 970 | Vehicle Maneuver | 100 |
|---|---|---|---|---|---|
| 00 No special function | | 100 Non-emergency, non-transport | | 100 Movement essentially straight ahead | |
| 00 Taxi | | 101 Non-emergency transport | | 101 Negotiating a curve | |
| 01 School bus/school transport | | 102 Emergency operation, emergency warning equipment not in use | | 102 Backing | |
| 02 Church bus | | 103 Emergency operation, emergency warning equipment in use | | 103 Changing lanes | |
| 03 Transit/commuter bus | | 970 Not applicable | | 104 Overtaking/passing | |
| 04 Intercity bus | | 999 Unknown | | 105 Turning right | |
| 05 Charter/tour bus | | | | 106 Turning left | |
| 06 Shuttle bus | | **Travel Direction** 103 | | 107 Making U-turn | |
| 07 Military | | 100 Northbound | | 108 Leaving traffic lane | |
| 08 Police | | 101 Southbound | | 109 Entering traffic lane | |
| 09 Ambulance | | 102 Eastbound | | 110 Slowing | |
| 10 Fire truck | | 103 Westbound | | 111 Parked | |
| 11 Non-transport emergency services vehicle | | 104 Not on roadway | | 112 Stopped in traffic | |
| 12 Incident response | | 999 Unknown | | 198 Other | |
| 99 Unknown | | | | | |

**Vehicle Defects** *Check all that apply*

- [x] 000 None

| | | |
|---|---|---|
| ☐ 100 Brake | ☐ 101 Exhaust system | ☐ 102 Body or doors |
| ☐ 103 Steering | ☐ 104 Power train | ☐ 105 Suspension |
| ☐ 106 Tires | ☐ 107 Wheels | ☐ 108 Headlights |
| ☐ 109 Tail lights | ☐ 110 Turn signals | ☐ 111 Windows or windshield |
| ☐ 112 Mirrors | ☐ 113 Wipers | ☐ 114 Truck coupling, trailer hitch, or safety chains |
| ☐ 115 Fuel system | ☐ 116 Cruise control | |
| ☐ 198 Other | | |
| ☐ 999 Unknown | | |

**Traffic Control Device Types and Statuses**

*Check the box next to each traffic control device that was present at the location of the crash, then use the codes to the right to record the status of each traffic control device present.*

100 Functioning properly
101 Functioning improperly
102 Inoperative or missing
999 Unknown

| Traffic Control Device Type *Check all that apply.* | | Device Status *Use above codes.* |
|---|---|---|
| ☐ 000 None | | |
| ☐ 100 Flashing traffic control signal | | |
| ☐ 101 Traffic control signal | | |
| ☐ 102 Stop sign | | |
| ☐ 103 Yield sign | | |
| ☐ 104 Slow or warning sign | | |
| ☐ 105 Person (officer, flagman, crossing guard) | | |
| ☐ 106 School zone sign/device | | |
| ☐ 107 Pedestrian signal | | |
| ☐ 108 No passing signal | | |
| ☐ 109 Words or symbols painted on roadway | | |
| ☑ 110 Traffic lanes marked | | 100 |
| ☐ 111 Railway crossing with gate and signals | | |
| ☐ 112 Railway crossing with flashing signals only | | |
| ☐ 113 Railway crossing with crossbuck only | | |
| ☐ 198 Other | | |
| ☐ 999 Unknown | | |

| Trafficway Description | 300 | Roadway Surface | 101 |
|---|---|---|---|
| 00 One-way trafficway | | 100 Concrete | |
| 00 Two-way, not divided | | 101 Asphalt | |
| 01 Two-way, not divided, with a continuous left turn lane | | 102 Gravel | |
| 00 Two-way, divided, unprotected (painted >4 feet) median | | 103 Dirt | |
| 00 Two-way, divided, positive cable barrier | | 198 Other | |
| 01 Two-way, divided, positive concrete barrier | | | |
| 98 Two-way, divided, other type of positive barrier | | 999 Unknown | |
| 999 Unknown | | | |

| Roadway Grade | 100 | Roadway Alignment | 100 |
|---|---|---|---|
| 100 Level    999 Unknown | | 100 Straight | |
| 101 Hillcrest | | 200 Curve left | |
| 102 Uphill | | 201 Curve right | |
| 103 Downhill | | 299 Curve, direction unknown | |
| 104 Sag (bottom) | | 999 Unknown | |

| Total # of Lanes | 4 | Posted Speed Limit *Use the posted speed limit that applied to this vehicle at the time of the crash.* | 75 |
|---|---|---|---|

## MOTOR VEHICLE EVENTS

| Sequence of Events | 1 | 107 | 2 | 114 | 3 | 100 | 4 | | 5 | | 6 | | 7 | | 8 | | 9 | | 10 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Most Harmful Event**   100

| Non-Collision | Collision with Non-Fixed Object | Collision with Fixed Object | | Unknown |
|---|---|---|---|---|
| 100 Overturn/rollover | 200 Pedestrian | 300 Impact attenuator/crash cushion | 318 Fence | 999 Unknown |
| 101 Fire/explosion | 201 Pedalcycle | 301 Bridge overhead structure | 319 Mailbox | |
| 102 Immersion, full or partial | 202 Other non-motorist | 302 Bridge pier or support | 320 Building | |
| 103 Jackknife | 203 Railway vehicle (train, engine) | 303 Bridge rail | 398 Other fixed object | |
| 104 Cargo/equipment loss or shift | 204 Animal (live) | 304 Cable barrier | | |
| 105 Equipment failure (blown tire, brake failure, etc.) | 205 Motor vehicle in transport | 305 Culvert | *If 198, 298, or 398 is used, describe below.* | |
| 106 Separation of units | 206 Parked motor vehicle | 306 Curb | | |
| 107 Ran off roadway right | 207 Falling/shifting cargo or anything set in motion by motor vehicle | 307 Ditch | | |
| 108 Ran off roadway left | | 308 Embankment | | |
| 109 Deliberately crossed median | 208 Work zone/maintenance equipment | 309 Guardrail face | | |
| 110 Unintentionally crossed median | 298 Other non-fixed object | 310 Guardrail end | | |
| 111 Crossed centerline | | 311 Concrete traffic barrier | | |
| 112 Downhill runaway | | 312 Other traffic barrier | | |
| 113 Fell/jumped from motor vehicle | | 313 Tree (standing) | | |
| 114 Reentering roadway | | 314 Utility pole/light support | | |
| 115 Object thrown or fallen on or near motor vehicle | | 315 Traffic sign support | | |
| 198 Other non-collision | | 316 Traffic signal support | | |
| | | 317 Other post, pole, or support | | |

CRASH REPORT - MOTOR VEHICLE CIRCUMSTANCES AND EVENTS

EXHIBIT 1

| Motor Vehicle # | **ARKANSAS MOTOR VEHICLE CRASH REPORT** | Page 5 of |
|---|---|---|
| 1 | **DRIVER INFORMATION** | Crash Report # 431121481 |

## DRIVER INFORMATION

| Name | ☐ Unknown | Date of Birth/Age | Sex ☑ Male | Race |
|---|---|---|---|---|
| PECK | DOUGLAS | LLOYD | ☐ Female | 100 White/Caucasian |
| | First | Middle | Suffix | Age 67 | ☐ Unknown | 101 Black African-America |

Last

| Address | ☐ Unknown | | | | 102 Hispanic |
|---|---|---|---|---|---|
| 31670 INDIAN OAK RD | ACTON | CA | 935100000 | 103 Asian/Pacific Islander |
| Street | City | State | Postal Code | 104 American Indian |

198 Other
999 Unknown

## DRIVER LICENSE INFORMATION

| License Status | 100 | License Number | | Restrictions on License | Check all that apply | Restrictions Violated | Check all that a |
|---|---|---|---|---|---|---|---|
| 000 Not licensed | | | | ☐ 000 None | | ☑ 000 None | |
| 100 Valid license | | | | | | | |
| 200 Suspended | | **License State** | **License Class** | ☐ 100 With licensed adult | | ☐ 100 With licensed adult | |
| 201 Revoked | | | | | | | |
| 202 Expired | | CA | AM1 | ☑ 101 Corrective lenses | | ☐ 101 Corrective lenses | |
| 203 Cancelled or denied | | | | ☐ 102 Mechanical aid | | ☐ 102 Mechanical aid | |
| 204 Disqualified | | **Is Commercial Driver License?** | | | | | |
| 999 Unknown | | ☑ Yes  ☐ No | | ☐ 103 Prosthetic aid | | ☐ 103 Prosthetic aid | |

| Endorsements on License | Check all that apply | Endorsements Violated | Check all that apply | ☐ 104 Automatic transmission | ☐ 104 Automatic transmission |
|---|---|---|---|---|---|
| ☑ 000 None | | ☑ 000 None | | ☐ 105 Outside mirror | ☐ 105 Outside mirror |
| ☐ 100 Double/triple trailers | | ☐ 100 Double/triple trailers | | ☐ 106 Daylight only | ☐ 106 Daylight only |
| ☐ 101 Passenger | | ☐ 101 Passenger | | ☐ 107 Class B or C with passengers and class D | ☐ 107 Class B or C with passengers and class D |
| ☐ 102 Tank vehicle | | ☐ 102 Tank vehicle | | ☐ 108 Class C only with passengers | ☐ 108 Class C only with passengers |
| ☐ 103 Hazardous materials | | ☐ 103 Hazardous materials | | ☐ 109 Vehicles without airbrakes | ☐ 109 Vehicles without airbrakes |
| ☐ 104 Tank vehicle & hazardous materials | | ☐ 104 Tank vehicle & hazardous materials | | ☐ 110 Interlock device | ☐ 110 Interlock device |
| ☐ 105 School | | ☐ 105 School | | ☐ 111 School, church, or transit bus | ☐ 111 School, church, or transit bus |
| ☐ 106 Motorcycle | | ☐ 106 Motorcycle | | ☐ 112 Class D only with passengers | ☐ 112 Class D only with passengers |
| ☐ 107 Motor driven cycle | | ☐ 107 Motor driven cycle | | ☐ 113 Diesel fuel, fertilizer only | ☐ 113 Diesel fuel, fertilizer only |
| ☐ 108 Valid without photo | | ☐ 108 Valid without photo | | ☐ 114 Seasonal farm service vehicle | ☐ 114 Seasonal farm service vehicle |
| ☐ 198 Other (describe below) | | ☐ 198 Other (describe below) | | ☐ 198 Other (describe below) | ☐ 198 Other (describe below) |

## DRIVER SEATING AND SAFETY INFORMATION

| Seating Position | 110 | Restraint Systems Used | 100 | Motorcycle Helmet Usage | 00 |
|---|---|---|---|---|---|

**Standard Vehicle Seats**

**Restraint Systems Used**
000 None used - motor vehicle occupant
100 Shoulder and lap belt used
101 Shoulder belt only used
102 Lap belt only used
103 Restraint used - type unknown
104 Child restraint system - forward facing
105 Child restraint system - rear facing
106 Booster seat
107 Child restraint - type unknown
198 Other
970 Not applicable
999 Unknown

**Motorcycle Helmet Usage**
000 No helmet worn
100 DOT-compliant motorcycle helmet worn
101 Non-DOT-compliant motorcycle helmet worn
102 Helmet worn unknown if DOT-compliant
999 Unknown if helmet worn

**Eye Protection Usage**
☐ Yes
☑ No
☐ Unknown

| | Front | | | Other |
|---|---|---|---|---|
| Row | Left | Middle | Right | Other |
| 1 | 110 | 120 | 130 | 190 |
| 2 | 210 | 220 | 230 | 280 |
| 3 | 310 | 320 | 330 | 380 |
| 4 | 410 | 420 | 430 | 480 |
| 5 | 510 | 520 | 530 | 580 |

**Other Seating Positions**
800 Sleeper section of cab (truck)
801 Passenger section of bus
802 Enclosed passenger/cargo area
803 Unenclosed passenger/cargo area
804 Passenger/cargo area, unknown if enclosed
805 Training unit
806 Riding on motor vehicle exterior

**Unknown**
999 Unknown

**Air Bags Deployed**
Check all that apply
☑ 000 Not deployed
☐ 100 Deployed- front
☐ 101 Deployed- side
☐ 102 Deployed- curtain
☐ 198 Deployed- other

☐ 970 Not applicable
☐ 999 Unknown

| Ejection | 000 | Extrication | 000 |
|---|---|---|---|
| 000 Not ejected | | 000 Not extricated | |
| 100 Ejected- partially | | 100 Extricated | |
| 101 Ejected- totally | | 970 Not applicable | |
| 970 Not applicable | | 999 Unknown | |
| 999 Unknown | | | |

**Ejection Path** 000
000 Not ejected
100 Side door opening
101 Side window
102 Windshield
103 Back window
104 Back door/tailgate opening
105 Roof opening (sun roof, convertible top down)
106 Roof (convertible top up)
198 Other (e.g., back of pickup truck torn-off roof, car cut in half)
970 Not applicable
999 Unknown

**Bus Seating Position**

(Complete if 801 was selected for Seating Position above)

| | Driver | | | | | |
|---|---|---|---|---|---|---|
| 1A | 1B | 1C | | 1D | 1E | 1F |
| 2A | 2B | 2C | | 2D | 2E | 2F |
| 3A | 3B | 3C | | 3D | 3E | 3F |
| 4A | 4B | 4C | | 4D | 4E | 4F |
| 5A | 5B | 5C | | 5D | 5E | 5F |
| ⋮ | ⋮ | ⋮ | | ⋮ | ⋮ | ⋮ |
| ##A | ##B | ##C | | ##D | ##E | ##F |

CRASH REPORT - DRIVER INFORMATION

**EXHIBIT 1**

| Motor Vehicle # | **ARKANSAS MOTOR VEHICLE CRASH REPORT** | Page 6 of 8 |
|---|---|---|
| 1 | **DRIVER INFORMATION** | Crash Report # 431121481 |

## MEDICAL INFORMATION

| Injury Status | 5 | Type of Medical Transportation | 000 | EMS Notified | | EMS Arrived | |
|---|---|---|---|---|---|---|---|
| K) Fatal injury | | 000 Not transported | | | | | |
| A) Suspected serious injury | | 100 EMS air | | Date          Time | | Date          Time | |
| B) Suspected minor injury | | 101 EMS ground | | **Transported to Medical Facility By** | | | |
| C) Possible injury | | 102 Law enforcement | | | | | |
| O) No apparent injury | | 198 Other | | | | | |
| Trauma Band # | | | | **Medical Facility Transported To** | | | |
| | | 199 Transported, but method unknown | | | | | |
| | | 999 Unknown if transported | | | | | |

## DRIVER CONDITION AND CIRCUMSTANCES

| Condition at Time of Crash<br>check all that apply | Driver Distracted By | 980 | Driver Vision Obscured By | 000 |
|---|---|---|---|---|
| [ ] 000 Apparently normal | 000 Not distracted | | 000 No obstruction noted | 106 Not in-transport motor vehicle |
| [ ] 100 Physically impaired | 100 Manually operating an electronic | | 100 Rain, snow, fog, smoke, sand, or dust | (parked, working) |
| [ ] 101 Emotional (depressed, angry, disturbed, etc.) | communication device (texting, typing, dialing) | | 101 Reflected glare, bright sunlight, | 107 Splash or spray of passing vehicle |
| [ ] 102 III (sick) or fainted | 101 Talking on hands-free electronic device | | or headlights | 108 Inadequate defrost or defog system |
| [ ] 103 Asleep or fatigued | 102 Talking on hand-held electronic device | | 102 Curve, hill, or other roadway | 109 Inadequate vehicle lighting system |
| [ ] 104 Under the influence of medication or drugs | 103 Other activity with an electronic device | | design feature | 110 Obstruction interior to the vehicle |
| [ ] 105 Under the influence of alcohol | 104 Passenger | | 103 Building, billboard, or other obstruction | 111 External mirrors |
| [ ] 198 Other | 980 Other distraction inside the vehicle | | 104 Trees, crops, or vegetation | 112 Broken or improperly cleaned windshield |
| | 981 Other distraction outside the vehicle | | 105 In-transport motor vehicle | 113 Obstructing angles on vehicle |
| | 999 Unknown if distracted | | (including load) | 199 Vision obscured - no details |
| [ ] 999 Unknown | if 980 or 981, describe below<br>COFFEE | | 980 Other visual obstruction (describe below) | |

| Driver Suspected of Alcohol Usage | Alcohol Test Type Given | 000 | Alcohol Test Result Status | 970 | Blood Alcohol Content | Speeding Related | 000 |
|---|---|---|---|---|---|---|---|
| | 000 No test given | | 100 Results pending | | | 000 Not speeding | |
| [ ] Yes | 001 Test refused | | 101 Results received | | | 100 Racing | |
| | 100 Blood test | | 970 Not applicable | | | 101 Exceeded speed limit | |
| [x] No | 101 Breath test | | 999 Unknown | | | 102 Too fast for conditions | |
| | 102 Urine test | | | | | 999 Unknown | |
| [ ] Unknown | 198 Other type of test | | | | [ ] Result received from Crime Lab | | |
| | 999 Unknown if tested | | | | | | |

| Driver Suspected of Drug Usage | Drug Test Type Given | 000 | Drug Test Results | [ ] Result received from Crime Lab | Citations | |
|---|---|---|---|---|---|---|
| | 000 No test given | | **Pending/Negative** | **Not Applicable/Unknown** | Citation # | Charges |
| [ ] Yes | 001 Test refused | | [ ] 000 Results negative | [x] 970 Not applicable | 1009517134 | 27-51-104 CARELESS AND |
| | 100 Blood test | | [ ] 100 Results pending | [ ] 999 Unknown | | PROHIBITED DRIVING |
| [x] No | 101 Urine test | | **Positive Results** *(check all that apply)* | | | |
| | 102 Both blood and urine tests | | [ ] 200 Amphetamines | [ ] 206 Methamphetamines | | |
| [ ] Unknown | 198 Other type of test | | [ ] 201 Barbiturates | [ ] 207 Opiates | | |
| | 999 Unknown if tested | | [ ] 202 Benzodiazepines | [ ] 208 Oxycodone | | |
| | | | [ ] 203 Cannabinoids | [ ] 209 Propoxyphene | | |
| | | | [ ] 204 Cocaine | [ ] 210 Phencyclidine (PCP) | | |
| | | | [ ] 205 Methadone | | | |
| | | | [ ] 298 Other positive result (describe below) | | | |

## DRIVER ACTIONS AT TIME OF CRASH

*Check all that apply:*

[ ] 000 No contributing action                [ ] 999 Unknown

**Disregarded Traffic Signs or Controls**

[ ] 100 Disregarded red light
[ ] 101 Disregarded other traffic signal
[ ] 102 Disregarded stop sign
[ ] 103 Disregarded yield sign
[ ] 104 Disregarded other traffic sign
[ ] 105 Disregarded other road markings
[ ] 106 Disregarded officer or flagman

**Swerved or Avoided**

[ ] 200 Swerved or avoided due to wind
[ ] 201 Swerved or avoided due to slippery surface
[ ] 202 Swerved or avoided due to motor vehicle
[ ] 203 Swerved or avoided due to non-motorist in roadway
[ ] 204 Swerved or avoided due to object in roadway
[ ] 205 Swerved or avoided due to animal in roadway

**Improper Maneuver**

[ ] 300 Improper right turn
[ ] 301 Improper left turn
[ ] 302 Improper U-turn
[ ] 303 Improper backing
[ ] 304 Improper passing
[ ] 305 Improper lane change
[ ] 306 Improperly parked

**Improper Use of Lights or Signals**

[ ] 400 Driving without lights
[ ] 401 Failed to dim headlights
[ ] 402 Failed to or improper signal

**Unsafe Operation**

[ ] 500 Reckless operation
[ ] 501 Aggressive operation
[x] 502 Inattentive, careless, negligent, or erratic operation
[ ] 503 Under the influence of alcohol
[ ] 504 Under the influence of drugs

**Other Actions**

[ ] 600 Impeding traffic
[ ] 601 Ran off roadway
[ ] 602 Crowded off roadway
[ ] 603 Crossing median
[ ] 604 Failed to yield right-of-way
[ ] 605 Failed to keep in proper lane
[ ] 606 Wrong side of road
[ ] 607 Wrong way
[ ] 608 Followed too closely
[ ] 609 Cutting in
[ ] 610 Over-correcting or over-steering
[ ] 980 Other contributing action (describe below)

CRASH REPORT - DRIVER CONDITION AND CIRCUMSTANCES

EXHIBIT 1

**ARKANSAS MOTOR VEHICLE CRASH REPORT**
**NARRATIVE**

Page 7 of

Crash Report # 431121481

V-1 was traveling West on Interstate 40 in the number 1 lane. After D-1 reached down for his coffee. V-1 parti-
ran off the roadway to the right. V-1 overcorrected to the left.

V-1 entered back onto the roadway and rolled to its right side. V-1 came to a stop on its right side blocking all
lanes of travel.

No injuries were reported at the time of the report.

CRASH REPORT - NARRATI

EXHIBIT 1

| Scene # | **ARKANSAS MOTOR VEHICLE CRASH REPORT** | Page 8 of 8 |
|---|---|---|
| 1 | **DIAGRAM** | Crash Report # 431121481 |



Not To Scale

Interstate 40 West @ 170MM

Google

CRASH REPORT - DIAGRAM

EXHIBIT 1



# ARKANSAS STATE POLICE

ASP-81
(Rev. 06/01)

## Accident Supplement
## Driver/Witness Statement Form

V# _____

Report #: _____

Name: **Doug Peck**
(First/ MI/ Last Name)
Date: _____ Time: _____ ☐ AM ☐ PM
(Month/Day/Year)

Address: **31670 Indian Oak Rd   Acton  CA  93510**
City        State        Zip Code

Phone Number: _____
Area Code  Telephone
Date of Birth: _____
Month / Day / Year

Drivers License #: _____ ☐ DL ☑ CDL   State: _____

Vehicle Make: **Freightl**   Models: _____ Vehicle License #: _____ State: _____

Location of Accident: **I-40 West near Carlisle AR**

Statement of: ☑ Driver ☐ Passenger ☐ Witness   Are you injured? ☐ Yes ☐ No
(Check One)                                      (Check One)

Driver/ Passenger/ Witness Statement

**Coffee spilled in lap. Made me veer to
right. Got on soft shoulder and couldnt
get back.**

_____

Insurance Company: _____ Policy #: _____

As the **driver** of the vehicle, were any of the following conditions a contributing factor in this accident?

☐ Unconsciousness   ☐ Epileptic Condition

☐ Other nervous disorder or marked mental condition

☐ Result of any physical disability , disease, disorder or any other medical condition

Signature (First/MI/Last Name)
**Trp. JL Little #586**
Trp. Jeb D. Little #586
Signature of officer: (Rank/First/MI/Last Name/Badge#)

# EXHIBIT 1

# FLAVORING EXTRACT SPILL REMEDIATION REPORT

## ISCO TRANSPORT TRUCK / SWIFT TRAILER WRECK

## NOVEMBER 18, 2021

## *I -40 (MILE MARKER 171)*

## *NEAR LONOKE, ARKANSAS*

*Submitted to:*

*ARKANSAS ENERGY AND ENVIRONMENT- EMERGENCY MANAGEMENT*

*5301 NORTHSHORE DRIVE*

*NORTH LITTLE ROCK, AR  72118*

*Submitted on*

**MARCH 15, 2022**

*Prepared by:*



**Environmental Services Group Incorporated**
Safety / Health / Environmental / Regulatory Services

EXHIBIT 2

# Flavoring Extract Spill Remediation Report

## ISCO Transport, Inc. Truck Wreck – November 18, 2021

*I-40 Mile Marker 171*
*Near Lonoke, Arkansas*

### Incident and Site Description

On November 18, 2021, a truck owned by ISCO Transport, Inc. (pulling a SWIFT Trailer), 7260 Apperson Street Unit # 206, Tujan, California, was traveling in the west bound lane of I-40 near Lonoke, Arkansas. The truck veered off the highway, overturning onto the adjacent road shoulder on the north side of the lane. The wreck overturned the attached the trailer, spilling approximately 3,000 gallons of food flavoring extracts, in 400 gallon plastic containers. The containers exploded, releasing the 3,000 gallons of flavoring extract over an area approximately 20 feet by 310 feet.

### Site Cleanup and Remediation

Representatives from ARTG Environmental were called to the site on November 18, 2021 at approximately 1:00 P.M. ARTG immediately placed absorbent boom around the area of liquid spillage to prevent contaminants from migrating further prior to the area being remediated. Although not deemed a hazardous material, Arkansas Department of Environmental Services investigating the constituents in the extract, determined that the material must be removed from the site, and the site remediated to as near original conditions as possible.

Once contained, recovery and clean-up operations at and around the wreck site, including mitigation and removal of liquids and soil affected by the contamination, were conducted over an

EXHIBIT 2

area 20 feet wide and 310 feet long adjacent to the highway. During the operations, 3,000 gallons of fluids were accumulated and removed from the site using vacuum trucks. The fluids were disposed of at an approved disposal facility. Once the fluids were removed, contaminated soils surrounding the wreck site were excavated to approimately 1 foot B.G.S.. Approximately 200 cubic yards of contaminated soils were excavated and removed to an approved landfill. To return the remediated site to original conditions, fresh soil was brought on site to replace the excavated materials, and the site reseeded with grass seed. All of the original plactic containers that ruptured were also collected and disposed of at the landfill.

### Remediation Summary and Conclusion

Responding to the truck wreck in a timely manner, ARTG Environmental was able to mitigate the environmental damage by blocking the contaminated area to minimize migration and removing 3,000 gallons of flavor extract liquids spilled along I-40. In addition, 200 cubic yards of contaminated soils were excavated over a 20 foot by 310 foot area and transported to an approved landfill. These soils were replaced with clean soils, groomed to original slope and re-seeded with grass seed. These tactics have left the site virtually free of the  contamination caused by the truck wreck and the site has been returned to near pre-incident conditions.

The site has been deemed remediated by the Arkansas Department of Environmental Services (ADEQ) and no longer poses a threat to human health or environmental habitat.

EXHIBIT 2

ARTG ENVIRONMENTAL, LLC

# Invoice

P.O. Box 1697
North Little Rock, AR 72115-1697

| Date | Invoice # |
|------|-----------|
| 12/20/2021 | 2585 |

| Bill To |
|---------|
| ISCO Transport, Inc |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | | I-40 W Cleanup |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 14 | 11.18.21 Supervisor 5:00 PM - 7:00 AM | 125.00 | 1,750.00 |
| 1 | 11.18.21 3/4 Ton Truck | 450.00 | 450.00 |
| 14 | 11.18.21 Hazmat Technician 5:00 PM - 7:00 AM | 70.00 | 980.00 |
| 1 | 11.18.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 14 | 11.18.21 Hazmat Technician 5:00 PM - 7:00 AM | 70.00 | 980.00 |
| 14 | 11.18.21 Hazmat Technician 5:00 PM - 7:00 AM | 70.00 | 980.00 |
| 14 | 11.18.21 Hazmat Technician 5:00 PM - 7:00 AM | 70.00 | 980.00 |
| 14 | 11.18.21 Hazmat Technician 5:00 PM - 7:00 AM | 70.00 | 980.00 |
| 14 | 11.18.21 Dump Truck 5:00 PM - 7:00 AM | 140.00 | 1,960.00 |
| 14 | 11.18.21 Dump Truck Driver 5:00 PM - 7:00 PM | 94.00 | 1,316.00 |
| 14 | 11.18.21 275 Gallon Poly Totes | 360.00 | 5,040.00 |
| 16 | 11.18.21 Materials 8" Booms | 330.00 | 5,280.00 |
| 1 | 11.18.21 2" Electric Pump | 110.00 | 110.00 |
| 1 | 11.18.21 " Suction Hose | 52.00 | 52.00 |
| 1 | 11.18.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 1 | 11.18.21 32' Goose neck Trailer | 425.00 | 425.00 |
| 12 | 11.18.21 Semi Truck and 50 Ton Lowboy 7:00 PM - 7:00 AM | 240.00 | 2,880.00 |
| 12 | 11.18.21 Vac Tanker with Tractor (130 Barrell Carbon Steel) 7:00 PM - 7:00 AM | 270.00 | 3,240.00 |
| 13.5 | 11.19.21 Supervisor 7:00 AM - 6:30 PM | 95.00 | 1,282.50 |
| 1 | 11.19.21 3/4 Ton Truck | 450.00 | 450.00 |
| 12 | 11.19.21 Hazmat Technician 7:00 AM - 7:00 PM | 65.00 | 780.00 |
| 12 | 11.19.21 Hazmat Technician 7:00 AM - 7:00 PM | 65.00 | 780.00 |
| 12 | 11.19.21 Hazmat Technician 7:00 AM - 7:00 PM | 65.00 | 780.00 |
| 12 | 11.19.21 Hazmat Technician 7:00 AM - 7:00 PM | 65.00 | 780.00 |
| 12 | 11.19.21 Hazmat Technician 7:00 AM - 7:00 PM | 65.00 | 780.00 |
| 1 | 11.19.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 1 | 11.19.21 2" Electric Pump | 110.00 | 110.00 |
| 1 | 11.19.21 " Suction Hose | 52.00 | 52.00 |
| 1 | 11.19.21 16' Emergency Response Trailer | 450.00 | 450.00 |
| 1 | 11.19.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 12 | 11.19.21 Driver - standard 7:00 AM - 7:00 PM | 80.00 | 960.00 |
| 12 | 11.19.21 Semi Truck and 50 Ton Lowboy 7:00 AM - 7:00 PM | 240.00 | 2,880.00 |
| 12 | 11.19.21 Vac Tanker with Tractor (130 Barrell Carbon Steel) 7:00 AM - 7:00 PM | 270.00 | 3,240.00 |
| 12 | 11.19.21 200 Class Excavator with Thumb 7:00AM - 7:00 PM | 165.00 | 1,980.00 |

**Total**

EXHIBIT 3

ARTG ENVIRONMENTAL, LLC

**Invoice**

P.O. Box 1697
North Little Rock, AR 72115-1697

| Date | Invoice # |
|------|-----------|
| 12/20/2021 | 2585 |

| Bill To |
|---------|
| ISCO Transport, Inc |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  | I-40 W Cleanup |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 12 | 11.19.21 Excavator Operator 7:00 AM - 7:00PM | 85.00 | 1,020.00 |
| 2 | 11.19.21 Chain Saw | 90.00 | 180.00 |
| 1 | 11.19.21 1/2 Ton Truck | 350.00 | 350.00 |
| 5 | 11.19.21 Health and Safety Manager | 92.00 | 460.00 |
| 12.5 | 11.20.21 Supervisor 6:00 AM - 6:30 PM | 95.00 | 1,187.50 |
| 1 | 11.20.21 3/4 Ton Truck | 450.00 | 450.00 |
| 12.5 | 11.20.21 Hazmat Technician 6:00 AM - 6:30 PM | 65.00 | 812.50 |
| 12.5 | 11.20.21 Hazmat Technician 6:00 AM - 6:30 PM | 65.00 | 812.50 |
| 12.5 | 11.20.21 Hazmat Technician 6:00 AM - 6:30 PM | 65.00 | 812.50 |
| 12.5 | 11.20.21 Hazmat Technician 6:00 AM - 6:30 PM | 65.00 | 812.50 |
| 1 | 11.20.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 11.5 | 11.20.21 Semi Truck and 50 Ton Lowboy 6:00AM - 5:30 PM | 240.00 | 2,760.00 |
| 11.5 | 11.20.21 Truck Driver 6:00 AM - 5:30 PM | 94.00 | 1,081.00 |
| 3 | 11.20.21 2" Electric Pump | 110.00 | 330.00 |
| 11.5 | 11.20.21 Vac Tanker with Tractor (130 Barrell Carbon Steel) 6:00AM - 5:30PM | 270.00 | 3,105.00 |
| 11.5 | 11.20.21 Truck Driver - standard 6:00AM - 5:30PM | 80.00 | 920.00 |
| 11.5 | 11.20.21 200 Class Excavator with Thumb 6:00 AM - 5:30 PM | 165.00 | 1,897.50 |
| 11.5 | 11.20.21 Excavator Operator  6:00 AM - 5:30 PM | 85.00 | 977.50 |
| 3 | 11.20.21 Chain Saw | 90.00 | 270.00 |
| 4 | 11.20.21 275 Gallon Poly Totes | 360.00 | 1,440.00 |
| 9.5 | 11.21.21 Supervisor 7:00AM - 4:30PM | 95.00 | 902.50 |
| 1 | 11.21.21 3/4 Ton Truck | 450.00 | 450.00 |
| 9.5 | 11.21.21 Hazmat Technician 7:00 AM - 4:30 PM | 65.00 | 617.50 |
| 9.5 | 11.21.21 Hazmat Technician 7:00 AM - 4:30 PM | 65.00 | 617.50 |
| 9.5 | 11.21.21 Hazmat Technician 7:00 AM - 4:30 PM | 65.00 | 617.50 |
| 9.5 | 11.21.21 Hazmat Technician 7:00 AM - 4:30 PM | 65.00 | 617.50 |
| 1 | 11.21.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 9.5 | 11.21.21 Vac Tanker with Tractor (130 Barrell Carbon Steel) 7:00 AM - 4:30 PM | 270.00 | 2,565.00 |
| 3 | 11.21.21 Chain Saw | 90.00 | 270.00 |
| 2 | 11.21.21 2" Electric Pump | 110.00 | 220.00 |
| 2 | 11.21.21 2" Suction Hose | 52.00 | 104.00 |
| 9.5 | 11.21.21 200 Class Excavator with Thumb 7:00 AM - 4:30 PM | 165.00 | 1,567.50 |
| 9.5 | 11.21.21 Excavator Operator  7:00 AM - 4:30 PM | 85.00 | 807.50 |
| 11.5 | 11.22.21 Supervisor 6:00 AM - 5:30 PM | 95.00 | 1,092.50 |

**Total**

EXHIBIT 3

## ARTG ENVIRONMENTAL, LLC

# Invoice

P.O. Box 1697
North Little Rock, AR 72115-1697

| Date | Invoice # |
|------|-----------|
| 12/20/2021 | 2585 |

**Bill To**

ISCO Transport, Inc

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | | I-40 W Cleanup |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 11.5 | 11.22.21 Hazmat Technician 6:00 AM - 5:30 PM | 65.00 | 747.50 |
| 11.5 | 11.22.21 Hazmat Technician 6:00 AM - 5:30 PM | 65.00 | 747.50 |
| 11.5 | 11.22.21 Hazmat Technician 6:00 AM - 5:30 PM | 65.00 | 747.50 |
| 1 | 11.22.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 1 | 11.22.21 32' Trailer | 425.00 | 425.00 |
| 1 | 11.22.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 11.5 | 11.22.21 Truck Driver | 94.00 | 1,081.00 |
| 1 | 11.22.21 2" Electric Pump | 110.00 | 110.00 |
| 1 | 11.22.21 2" Suction Hose | 52.00 | 52.00 |
| 11.5 | 11.22.21 Vac Tanker with Tractor (130 Barrell Carbon Steel) 6:00AM - 5:30 PM | 270.00 | 3,105.00 |
| 11.5 | 11.22.21 Truck Driver 6:00AM - 5:30Pm | 94.00 | 1,081.00 |
| 11 | 11.23.21 Supervisor 7:00 AM - 6:00 PM | 95.00 | 1,045.00 |
| 1 | 11.23.21 3/4 Ton Truck | 450.00 | 450.00 |
| 11 | 11.23.21 Hazmat Technician 7:00AM - 6:00 PM | 65.00 | 715.00 |
| 11 | 11.23.21 Hazmat Technician 7:00AM - 6:00 PM | 65.00 | 715.00 |
| 11 | 11.23.21 Hazmat Technician 7:00AM - 6:00 PM | 65.00 | 715.00 |
| 1 | 11.23.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 1 | 11.23.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 1 | 11.23.21 32' Trailer | 425.00 | 425.00 |
| 11 | 11.23.21 Truck Driver 7:00AM - 6:00PM | 80.00 | 880.00 |
| 11.5 | 11.23.21 Vac Tanker with Tractor (130 Barrell Carbon Steel) 7:00AM - 6:30PM | 270.00 | 3,105.00 |
| 2 | 11.23.21 2" Electric Pump | 110.00 | 220.00 |
| 4 | 11.23.21 2" Suction Hose | 52.00 | 208.00 |
| 10.5 | 11.24.21 Supervisor 7:00AM - 5:30PM | 95.00 | 997.50 |
| 1 | 11.24.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 10.5 | 11.24.21 Hazmat Technician 7:00AM - 5:30 PM | 65.00 | 682.50 |
| 10.5 | 11.24.21 Hazmat Technician 7:00AM - 5:30 PM | 65.00 | 682.50 |
| 10.5 | 11.24.21 Hazmat Technician 7:00AM - 5:30 PM | 65.00 | 682.50 |
| 1 | 11.24.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 10.5 | 11.24.21 200 Class Excavator with Thumb 7:00AM - 5:30 PM | 165.00 | 1,732.50 |
| 10.5 | 11.24.21 Excavator Operator 7:00AM - 5:30PM | 85.00 | 892.50 |
| 1 | 11.24.21 2" Electric Pump | 110.00 | 110.00 |
| 2 | 11.24.21 2" Suction Hose | 52.00 | 104.00 |
| 10.5 | 11.24.21 Vac Tanker with Tractor (130 Barrell Carbon Steel) 7:00AM - 5:30 PM | 270.00 | 2,835.00 |

**Total**

EXHIBIT 3

ARTG ENVIRONMENTAL, LLC

# Invoice

P.O. Box 1697
North Little Rock, AR 72115-1697

| Date | Invoice # |
|------|-----------|
| 12/20/2021 | 2585 |

| Bill To |
|---------|
| ISCO Transport, Inc |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | | I-40 W Cleanup |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10.5 | 11.24 Trucker Driver - 7:00AM - 5:30 PM | 80.00 | 840.00 |
| 7 | 11.29.21 Supervisor 11:00 AM - 6:00 PM | 95.00 | 665.00 |
| 1 | 11.29.21 3/4 Ton Truck | 450.00 | 450.00 |
| 8 | 11.29.21 Hazmat Technician 10:00AM - 6:00PM | 65.00 | 520.00 |
| 8 | 11.29.21 Hazmat Technician 10:00AM - 6:00PM | 65.00 | 520.00 |
| 1 | 11.29.21 F550 Flatbed Truck | 500.00 | 500.00 |
| 8 | 11.29.21 Vac Tanker with Tractor (130 Barrell Carbon Steel) 10:00am - 6:00Pm | 270.00 | 2,160.00 |
| 8 | 11.29.21 Truck Driver - 10:00am - 6:00Pm | 80.00 | 640.00 |
| 1 | 11.29.21 2" Electric Pump | 110.00 | 110.00 |
| 2 | 11.29.21 2" Suction Hose | 52.00 | 104.00 |
| 17 | 12.4.21 to 12.20.21 Storage of liquid contaminated materials | 200.00 | 3,400.00 |
| 11 | 01.25.22 Supervisor 6:30am - 5:30pm | 95.00 | 1,045.00 |
| 1 | 01.25.22 F550 Flatbed Truck | 500.00 | 500.00 |
| 11 | 01.25.22 Hazmat Technician 6:30am - 5:30pm | 65.00 | 715.00 |
| 11 | 01.25.22 Hazmat Technician 6:30am - 5:30pm | 65.00 | 715.00 |
| 11 | 01.25.22 Hazmat Technician 6:30am - 5:30pm | 65.00 | 715.00 |
| 11 | 01.25.22 Hazmat Technician 6:30am - 5:30pm | 65.00 | 715.00 |
| 1 | 01.25.22 F550 Flatbed Truck | 500.00 | 500.00 |
| 10.5 | 01.25.22 Loader 7:00am - 5:30pm | 165.00 | 1,732.50 |
| 10.5 | 01.25.22 Operator  7:00am - 5:30pm | 85.00 | 892.50 |
| 10.5 | 01.25.22 200 Class Excavator with Thumb 7:00am - 5:30pm | 165.00 | 1,732.50 |
| 10.5 | 01.25.22 Excavator Operator 7:00am - 5:30pm | 85.00 | 892.50 |
| 10.5 | 01.25.22 Dump Truck 7:00am - 5:30pm | 140.00 | 1,470.00 |
| 10.5 | 01.25.22 Truck Driver 7:00am - 5:30pm | 94.00 | 987.00 |
| 10 | 01.25.22 Dump Truck 7:00am - 5:00pm | 140.00 | 1,400.00 |
| 10 | 01.25.22 Truck Driver 7:00am - 5:00pm | 94.00 | 940.00 |
| 10 | 01.25.22 Dump Truck 7:00am - 5:00pm | 140.00 | 1,400.00 |
| 10 | 01.25.22 Truck Driver 7:00am - 5:00pm | 94.00 | 940.00 |
| 11 | 01.26.22 Supervisor 7:00am - 6:00pm | 95.00 | 1,045.00 |
| 1 | 01.26.22 F550 Flatbed Truck | 500.00 | 500.00 |
| 11 | 01.26.22 Hazmat Technician 7:00am - 6:00pm | 65.00 | 715.00 |
| 11 | 01.26.22 Hazmat Technician 7:00am - 6:00pm | 65.00 | 715.00 |
| 11 | 01.26.22 Hazmat Technician 7:00am - 6:00pm | 65.00 | 715.00 |
| 11 | 01.26.22 Hazmat Technician 7:00am - 6:00pm | 65.00 | 715.00 |

| Total | |
|-------|--|
| | |

EXHIBIT 3

ARTG ENVIRONMENTAL, LLC

# Invoice

P.O. Box 1697
North Little Rock, AR 72115-1697

| Date | Invoice # |
|---|---|
| 12/20/2021 | 2585 |

| Bill To |
|---|
| ISCO Transport, Inc |

| P.O. No. | Terms | Project |
|---|---|---|
| | | I-40 W Cleanup |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | 01.26.22 F550 Flatbed Truck | 500.00 | 500.00 |
| 11 | 01.26.22 Loader 7:00am - 6:00pm | 165.00 | 1,815.00 |
| 11 | 01.26.22 Operator  7:00am - 6:00pm | 85.00 | 935.00 |
| 11 | 01.26.22 200 Class Excavator with Thumb 7:00am - 6:00pm | 165.00 | 1,815.00 |
| 11 | 01.26.22  Excavator Operator  7:00am - 6:00pm | 85.00 | 935.00 |
| 11 | 01.26.22 Dump Truck 7:00am - 6:00pm | 140.00 | 1,540.00 |
| 11 | 01.26.22 Truck Driver 7:00am - 6:00pm | 94.00 | 1,034.00 |
| 11 | 01.26.22 Dump Truck 7:00am - 6:00pm | 140.00 | 1,540.00 |
| 11 | 01.26.22 Truck Driver 7:00am - 6:00pm | 94.00 | 1,034.00 |
| 11.5 | 01.26.22 Dump Truck 7:00am - 6:30pm | 140.00 | 1,610.00 |
| 11.5 | 01.26.22 Truck Driver 7:00am - 6:30pm | 94.00 | 1,081.00 |
| 12 | 12 days Storage of contaminated liquid materials | 200.00 | 2,400.00 |
| 16 | 16 days Storage of contaminated materials | 200.00 | 3,200.00 |

| **Total** | $155,173.50 |
|---|---|

EXHIBIT 3