IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARTG ENVIRONMENTAL, LLC**                                                **PLAINTIFF**

v.                     **CASE NO. 4:23-CV-00136-BSM**

**ISCO TRANSPORT, INC.**                                                           **DEFENDANT**

## ORDER

The parties have filed a joint stipulation of dismissal. Doc. No. 16. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE