**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ARTG ENVIRONMENTAL, LLC**                                          **PLAINTIFF**

**v.**                                    **CASE NO. 4:23-CV-00136-BSM**

**ISCO TRANSPORT, INC.**                                            **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE